Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No 10217
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Telephone: 702.341-5200
Facsimile: 702.341.5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

Jason T. Brown (admitted *pro hac vice*)
(New Jersey SBN# 035921996)
Nicholas Conlon (admitted *pro hac vice*)
(New Jersey SBN# 034052013)
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Telephone: 201 630.0000
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

*Attorneys for Plaintiffs* Katherine Sears and Virginia Seganos

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE SEARS and VIRGINIA SEGANOS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MID VALLEY ENTERPRISES, LLC and PAHRUMP ICS LLC, doing business as "SHERI'S RANCH"<br><br>Defendants. | CASE NO. 2:19-cv-00532-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br>Complaint Filed:   March 29, 2019 |

| | |
|---|---|
| 1 | On March 29, 2019, Plaintiffs KATHERINE SEARS and VIRGINIA SEGANOS ("Plaintiffs") filed a putative class and collective action complaint in the United States District Court, District of Nevada (Dkt. #1); |
| 4 | On May 3, 2019, Defendants MID VALLEY ENTERPRISES, LLC and PAHRUMP ICS LLC filed their Motion to Dismiss Collective Action and Class Complaint with Jury Demand (Dkt. # 15; "Motion to Dismiss"); |
| 7 | Pursuant to LR 7-2(b), Plaintiffs currently have until May 17, 2019 to file their response to Defendants' Motion to Dismiss; |
| 9 | On May 13, 2019, counsel for Plaintiffs and Defendants conferred regarding a seven-day extension of Plaintiffs' deadline to respond to Defendants' Motion to Dismiss, and counsel for Defendants advised they consent to said extension; |

On March 29, 2019, Plaintiffs KATHERINE SEARS and VIRGINIA SEGANOS ("Plaintiffs") filed a putative class and collective action complaint in the United States District Court, District of Nevada (Dkt. #1);

On May 3, 2019, Defendants MID VALLEY ENTERPRISES, LLC and PAHRUMP ICS LLC filed their Motion to Dismiss Collective Action and Class Complaint with Jury Demand (Dkt. # 15; "Motion to Dismiss");

Pursuant to LR 7-2(b), Plaintiffs currently have until May 17, 2019 to file their response to Defendants' Motion to Dismiss;

On May 13, 2019, counsel for Plaintiffs and Defendants conferred regarding a seven-day extension of Plaintiffs' deadline to respond to Defendants' Motion to Dismiss, and counsel for Defendants advised they consent to said extension;

## **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their respective undersigned counsel of record, that:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1. Plaintiffs will have until May 24, 2019 to file their response to Defendants' Motion to Dismiss, an extension of 7 days;

IT IS SO STIPULATED.

Dated this 14th day of May, 2019.

Respectfully submitted:

| | |
|---|---|
| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** | **FOX ROTHSCHILD LLP** |
| By: */s/Don Springmeyer*<br>    Don Springmeyer, Esq. (SBN 1021)<br>    Bradley Schrager, Esq. (SBN 10217)<br>    3556 E. Russell Road, 2nd Floor<br>    Las Vegas, NV  89120-2234<br>    Tel:  (702) 341-5200<br>    dspringmeyer@wrslawyers.com<br>    bschrager@wrslawyers.com<br><br>    *Attorneys for Plaintiffs* | By: */s/ Mark J. Connot*<br>    Mark J. Connot (10010)<br>    Colin D. Dougherty (*Pro Hac Vice*)<br>    Ashley E. Baxter (*Pro Hac Vice*)<br>    1980 Festival Plaza Drive, #700<br>    Las Vegas, Nevada 89135<br>    (702) 262-6899 tel<br>    (702) 597-5503 fax<br>    mconnot@foxrothschild.com<br>    cdougherty@foxrothschild.com<br>    abaxter@foxrothschild.com<br><br>    *Attorneys for Defendants Mid Valley Enterprises, LLC and Pahrump ICS LLC d/b/a Sheri's Ranch* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 15, 2019.