Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No 10217
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Telephone: 702.341-5200
Facsimile: 702.341.5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

Jason T. Brown (admitted *pro hac vice*)
(New Jersey SBN# 035921996)
Nicholas Conlon (admitted *pro hac vice*)
(New Jersey SBN# 034052013)
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Telephone: 201 630.0000
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

*Attorneys for Plaintiffs* Katherine Sears
and Virginia Seganos

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE SEARS and VIRGINIA SEGANOS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MID VALLEY ENTERPRISES, LLC and PAHRUMP ICS LLC, doing business as "SHERI'S RANCH"<br><br>Defendants. | CASE NO. 2:19-cv-00532-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND FOR DEFENDANTS TO REPLY**<br><br>**(SECOND REQUEST)**<br><br>Complaint Filed:         March 29, 2019 |

| | |
|---|---|
| 1 | On March 29, 2019, Plaintiffs KATHERINE SEARS and VIRGINIA SEGANOS |
| 2 | ("Plaintiffs") filed a putative class and collective action complaint in the United States District |
| 3 | Court, District of Nevada (ECF No. 1); |
| 4 | On May 3, 2019, Defendants MID VALLEY ENTERPRISES, LLC and PAHRUMP ICS |
| 5 | LLC filed their First Motion to Dismiss Collective Action and Class Complaint with Jury |
| 6 | Demand (ECF No. "First Motion to Dismiss"); |

On March 29, 2019, Plaintiffs KATHERINE SEARS and VIRGINIA SEGANOS ("Plaintiffs") filed a putative class and collective action complaint in the United States District Court, District of Nevada (ECF No. 1);

On May 3, 2019, Defendants MID VALLEY ENTERPRISES, LLC and PAHRUMP ICS LLC filed their First Motion to Dismiss Collective Action and Class Complaint with Jury Demand (ECF No. "First Motion to Dismiss");

On May 15, 2019, the Court granted the parties' stipulation which provided Plaintiffs with an additional seven (7) days to respond to Defendants' First Motion to Dismiss, which fell on May 24, 2019 (ECF No. 24);

On May 24, 2019, Plaintiffs filed their First Amended Collective and Class Action Complaint with Jury Demand (ECF No. #25 "Amended Complaint");

On May 28, 2019, the Court denied Defendants' First Motion to Dismiss as moot in light of Plaintiffs' Amended Complaint (Dkt. #26);

On June 7, 2019, Defendants filed their Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 30 "Second Motion to Dismiss")

Pursuant to LR 7-2(b), Plaintiffs currently have until June 21, 2019 (today) to file their response to Defendants' Second Motion to Dismiss, and Defendants have until June 28, 2019 to file their reply brief in support thereof;

On June 21, 2019, counsel for Plaintiffs and Defendants conferred regarding a seven-day extension of Plaintiffs' deadline to respond to Defendants' Second Motion to Dismiss, as well as a seven-day extension of Defendants' deadline to file a reply brief in support thereof, and counsel for Defendants advised they consent to said extensions. The reason for the extensions are not for delay; Plaintiffs' lead counsel was out of town for the past week, and the extension for Defendants' reply brief is needed to account for the July 4, 2019 holiday.

/ / /

/ / /

/ / /

# STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their respective undersigned counsel of record, that:

1. Plaintiffs will have until June 28, 2019 to file their response to Defendants' Second Motion to Dismiss, an extension of 7 days;

2. Defendants will have until July 12, 2019 to file their reply brief in support of their Second Motion to Dismiss, an extension of 7 days;

IT IS SO STIPULATED.

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By: */s/Don Springmeyer*
Don Springmeyer, Esq. (SBN 1021)
Bradley Schrager, Esq. (SBN 10217)
3556 E. Russell Road, 2nd Floor
Las Vegas, NV 89120-2234
Tel: (702) 341-5200
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

*Attorneys for Plaintiffs*

**FOX ROTHSCHILD LLP**

By: */s/ Mark J. Connot*
Mark J. Connot (10010)
Colin D. Dougherty (*Pro Hac Vice*)
Ashley E. Baxter (*Pro Hac Vice*)
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com
cdougherty@foxrothschild.com
abaxter@foxrothschild.com

*Attorneys for Defendants Mid Valley Enterprises, LLC and Pahrump ICS LLC d/b/a Sheri's Ranch*

# ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: June 21, 2019.