**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
*Local Counsel for Plaintiffs*
*(Additional counsel appear on signature page)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE SEARS and VIRGINIA SEGANOS, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MID VALLEY ENTERPRISES, LLC and PAHRUMP ICS LLC, doing business as "SHERI'S RANCH"<br><br>　　　　　Defendants. | Case No.: 2:19-cv-00532-APG-DJA<br><br>**ORDER**　　(ECF No. 48)<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF PLAINTIFFS' PRE-DISCOVERY MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE TO POTENTIAL OPT-IN PLAINTIFFS PURSUANT TO 29 U.S.C. § 216(b)**<br><br>(FIRST REQUEST) |

　　　　WHEREAS, on March 29, 2019, Plaintiffs KATHERINE SEARS and VIRGINIA SEGANOS ("Plaintiffs") filed a putative class and collective action complaint in the United States District Court, District of Nevada [ECF No. 1].

　　　　WHEREAS, on April 27, 2020, Plaintiffs KATHERINE SEARS and VIRGINIA SEGANOS ("Plaintiffs") filed their Pre-Discovery Motion for Conditional Certification and Court-Authorized Notice to Potential Opt-In Plaintiffs Pursuant to Pursuant to 29 U.S.C. § 216(b) ("Motion for Conditional Certification") [ECF No. 41].

　　　　WHEREAS, on May 11, 2020, Defendants MID VALLEY ENTERPRISES, LLC and PAHRUMP ICS, LLC filed their Opposition to Plaintiff's Motion for Conditional Certification. [ECF No. 45].

1

STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF PLAINTIFFS'
PRE-DISCOVERY MOTION FOR CONDITIONAL CERTIFICATION

Pursuant to LR 7-2(b), Plaintiffs currently have until May 18, 2020 to file their Reply in Support of their Motion for Conditional Certification. However, due to complex issues of law involved in the Motion for Conditional Certification, the parties have agreed to an eight-day extension to Plaintiffs' deadline to file their Reply in Support of their Motion for Conditional Certification.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their respective undersigned counsel of record, that:

1. Plaintiffs will have until May 26, 2020, an extension of eight (8) days, to file their Reply in Support of their Motion for Conditional Certification.

IT IS SO STIPULATED.

DATED May 15, 2020.

**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**

By: */s/ Don Springmeyer, Esq.*

Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

*Local Counsel for Plaintiffs*

Jason T. Brown (PHV)
Nicholas Conlon (PHV)
**BROWN, LLC**
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Phone: (201) 630-0000
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

*Lead Counsel for Plaintiffs*

**FOX ROTHSCHILD LLP**

By: */s/ Mark J. Connot, Esq.*

Mark J. Connot (10010)
Colleen E. Mccarty (13186)
Lucy C. Crow (15203)
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com
cmccarty@foxrothschild.com
lcrow@foxrothschild.com

Colin D. Dougherty (*Pro Hac Vice*)
**FOX ROTHSCHILD LLP**
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, Pennsylvania 19422
(610) 397-6500 tel
(610) 397-0450 fax

*Attorneys for Defendants Mid Valley Enterprises, LLC and Pahrump ICS LLC d/b/a Sheri's Ranch*

STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF PLAINTIFFS'
PRE-DISCOVERY MOTION FOR CONDITIONAL CERTIFICATION

1

**ORDER**

2      The Court having considered the foregoing stipulation of the Parties, and good cause

3   appearing, **IT IS HEREBY ORDERED THAT:**

4      Plaintiffs will have until May 26, 2020, an extension of eight (8) days, to file their Reply

5   in Support of their Motion for Conditional Certification.

6

7   DATED _____5/15/2020_____

8                                                     _____
                                                      US DISTRICT COURT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF PLAINTIFFS'
PRE-DISCOVERY MOTION FOR CONDITIONAL CERTIFICATION