MARK J. CONNOT (10010)
COLLEEN E. MCCARTY (13186)
LUCY C. CROW (15203)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com
cmccarty@foxrothschild.com
lcrow@foxrothschild.com

COLIN D. DOUGHERTY (*Pro Hac Vice*)
**FOX ROTHSCHILD LLP**
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, Pennsylvania  19422
(610) 397-6500 tel
(610) 397-0450 fax
cdougherty@foxrothschild.com
*Attorneys for Defendants Mid Valley Enterprises, LLC
and Pahrump ICS LLC d/b/a Sheri's Ranch*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHERINE SEARS and VIRGINIA SEGANOS, individually, and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>       v.<br><br>MID VALLEY ENTERPRISES, LLC and PAHRUMP ICS LLC, doing business as "SHERI'S RANCH,"<br><br>              Defendants. | Case No.  2:19-cv-00532-APG-DJA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR INTERLOCUTORY APPEAL OF ORDER DENYING DISMISSAL OF PLAINTIFFS' FAIR LABOR STANDARDS ACT COLLECTIVE ACTION [28 U.S.C. § 1292(B)] (FIRST REQUEST)**<br><br>**ORDER**          (ECF No. 49) |

WHEREAS, on April 29, 2020, Defendants MID VALLEY ENTERPRISES, LLC and PAHRUMP ICS LLC, doing business as "SHERI'S RANCH" ("Defendants") filed a Motion for Interlocutory Appeal of Order Denying Dismissal of Plaintiffs' Fair Labor Standards Act Collective Action [28 U.S.C. §1292(b)] in the above action (the "Motion").  [ECF No. 42].

1

WHEREAS, on May 13, 2020, Plaintiffs KATHERINE SEARS and VIRGINIA SEGANOS ("Plaintiffs") filed their Response in Opposition to Defendants' Motion.  [ECF No. 46].

Pursuant to LR 7-2(b), Defendants currently have until May 20, 2020 to file their Reply in Support of the Motion for Interlocutory Appeal.  However, due to complex issues of law involved in Defendants' Motion, the parties have agreed to an eight-day extension to Defendants' deadline to file their Reply in Support of the Motion.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their respective undersigned counsel of record, that:

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Defendants will have until May 28, 2020, an extension of eight (8) days, to file their Reply in Support of the Motion for Interlocutory Appeal.

IT IS SO STIPULATED.

DATED:  May 15, 2020

**FOX ROTHSCHILD LLP**

/s/ Mark J. Connot
MARK J. CONNOT (10010)
COLLEEN E. MCCARTY (13186)
LUCY C. CROW (15203)
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com
cmccarty@foxrothschild.com
lcrow@foxrothschild.com

COLIN D. DOUGHERTY (*Pro Hac Vice*)
**FOX ROTHSCHILD LLP**
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, Pennsylvania  19422
(610) 397-6500 tel
(610) 397-0450 fax
cdougherty@foxrothschild.com

*Attorneys for Defendants Mid Valley
Enterprises, LLC and Pahrump ICS
LLC d/b/a Sheri's Ranch*

DATED:  May 15, 2020

**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**

/s/ Nicholas Conlon
DON SPRINGMEYER (1021)
BRADLEY S. SCHRAGER (10217)
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

*Local Counsel for Plaintiffs*

JASON T. BROWN (*Pro Hac Vice*)
NICHOLAS CONLON (*Pro Hac Vice*)
**BROWN, LLC**
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Phone: (201) 630-0000
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

*Lead Counsel for Plaintiffs*

## ORDER

The Court having considered the foregoing stipulation of the Parties, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

Defendants will have until May 28, 2020, an extension of eight (8) days, to file their Reply in Support of the Motion for Interlocutory Appeal.

DATED 5/15/2020

_____
US DISTRICT COURT JUDGE

110537369

3