MARK J. CONNOT (10010)
COLLEEN E. MCCARTY (13186)
LUCY C. CROW (15203)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com
cmccarty@foxrothschild.com
lcrow@foxrothschild.com

COLIN D. DOUGHERTY (*Pro Hac Vice*)
**FOX ROTHSCHILD LLP**
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, Pennsylvania  19422
(610) 397-6500 tel
(610) 397-0450 fax
cdougherty@foxrothschild.com
*Attorneys for Defendants Mid Valley Enterprises, LLC*
*and Pahrump ICS LLC d/b/a Sheri's Ranch*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHERINE SEARS and VIRGINIA SEGANOS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MID VALLEY ENTERPRISES, LLC and PAHRUMP ICS LLC, doing business as "SHERI'S RANCH,"<br><br>Defendants. | Case No.  2:19-cv-00532-APG-DJA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING A FINAL RULING ON THE ISSUES RAISED BY DEFENDANTS' MOTION TO CERTIFY THE COURT'S APRIL 16, 2020 ORDER FOR INTERLOCUTORY REVIEW PURSUANT TO 28 U.S.C. § 1292(B) (FIRST REQUEST)**<br><br>**ORDER**          (ECF No. 50) |

WHEREAS, on April 29, 2020, Defendants MID VALLEY ENTERPRISES, LLC and PAHRUMP ICS LLC, doing business as "SHERI'S RANCH" ("Defendants") filed a Motion to Stay All Proceedings Pending a Final Ruling on the Issues Raised by Defendants' Motion to Certify the Court's April 16, 2020 Order for Interlocutory Review Pursuant to 28 U.S.C. § 1292(b) (the "Motion").  [ECF No. 43].

1

1  WHEREAS, on May 13, 2020, Plaintiffs KATHERINE SEARS and VIRGINIA

2  SEGANOS ("Plaintiffs") filed their Response in Opposition to Defendants' Motion.  [ECF No.

3  47].

4  Pursuant to LR 7-2(b), Defendants currently have until May 20, 2020 to file their Reply in

5  Support of the Motion to Stay.  However, due to complex issues of law involved in Defendants'

6  Motion, the parties have agreed to an eight-day extension to Defendants' deadline to file their

7  Reply in Support of the Motion.

8  **STIPULATION**

9  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs

10  and Defendants, through their respective undersigned counsel of record, that:

11  / /

12  / /

13  / /

14  / /

15  / /

16  / /

17  / /

18  / /

19  / /

20  / /

21  / /

22  / /

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

1    Defendants will have until May 28, 2020, an extension of eight (8) days, to file their Reply

2    in Support of the Motion to Stay.

3    IT IS SO STIPULATED.

4

5    DATED:  May 15, 2020                    DATED:  May 15, 2020

6    **FOX ROTHSCHILD LLP**                  **WOLF, RIFKIN, SHAPIRO,
                                             SCHULMAN & RABKIN, LLP**
7
     /s/ Mark J. Connot                      /s/ Nicholas Conlon
8    MARK J. CONNOT (10010)                  DON SPRINGMEYER (1021)
     COLLEEN E. MCCARTY (13186)              BRADLEY S. SCHRAGER (10217)
9    LUCY C. CROW (15203)                    3556 E. Russell Road, Second Floor
     1980 Festival Plaza Drive, #700         Las Vegas, Nevada 89120
10   Las Vegas, Nevada 89135                 (702) 341-5200/Fax: (702) 341-5300
     (702) 262-6899 tel                      dspringmeyer@wrslawyers.com
11   (702) 597-5503 fax                      bschrager@wrslawyers.com
     mconnot@foxrothschild.com
12   cmccarty@foxrothschild.com              *Local Counsel for Plaintiffs*
     lcrow@foxrothschild.com
13                                           JASON T. BROWN (*Pro Hac Vice*)
     COLIN D. DOUGHERTY (*Pro Hac Vice*)     NICHOLAS CONLON (*Pro Hac Vice*)
14   **FOX ROTHSCHILD LLP**                  **BROWN, LLC**
     10 Sentry Parkway, Suite 200            111 Town Square Place, Suite 400
15   P.O. Box 3001                           Jersey City, NJ 07310
     Blue Bell, Pennsylvania  19422          Phone: (201) 630-0000
16   (610) 397-6500 tel                      jtb@jtblawgroup.com
     (610) 397-0450 fax                      nicholasconlon@jtblawgroup.com
17   cdougherty@foxrothschild.com
                                             *Lead Counsel for Plaintiffs*
18   *Attorneys for Defendants Mid Valley
     Enterprises, LLC and Pahrump ICS*
19   *LLC d/b/a Sheri's Ranch*

20

21                              <u>**ORDER**</u>

22       The Court having considered the foregoing stipulation of the Parties, and good cause

23   appearing, **IT IS HEREBY ORDERED THAT:**

24       Defendants will have until May 28, 2020, an extension of eight (8) days, to file their Reply

25   in Support of the Motion to Stay.

26       DATED 5/15/2020

27                                           _____
                                             US DISTRICT COURT JUDGE
28

                                  3
110530476