**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
*Local Counsel for Plaintiffs*
*(Additional counsel appear on signature page)*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE SEARS and VIRGINIA SEGANOS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MID VALLEY ENTERPRISES, LLC and PAHRUMP ICS LLC, doing business as "SHERI'S RANCH"<br><br>Defendants. | Case No.: 2:19-cv-00532-APG-DJA<br><br>**STIPULATION TO EXTEND TIME FOR PARTIES TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>(FIRST REQUEST) |

WHEREAS, on March 29, 2019, Plaintiffs KATHERINE SEARS and VIRGINIA SEGANOS ("Plaintiffs") filed a putative class and collective action complaint in the United States District Court, District of Nevada, asserting claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et seq*. and Nev. Rev. Stat. Ann. §§ 608.016 and 608.018, and Article 15, Section 16 of the Nevada Constitution (collectively the "Nevada Claims"). [ECF No. 1].

WHEREAS, on May 24, 2019, Plaintiffs filed their First Amended Collective and Class Action Complaint with Jury Demand [ECF No. 25].

WHEREAS, on June 7, 2019, Defendants filed their Motion to Dismiss First Amended Collective Action and Class Complaint with Jury Demand [ECF No. 30].

WHEREAS, on April 16, 2020, Defendants' Motion to Dismiss was granted insofar as it

111312456.v1

1  sought dismissal of Plaintiffs' Nevada Claims (which the Court dismissed without prejudice for

2  lack of subject matter jurisdiction), but was denied as to Plaintiffs' FLSA claims. [ECF No. 40].

3      WHEREAS, on April 27, 2020, Plaintiffs filed their Pre-Discovery Motion for

4  Conditional Certification and Court-Authorized Notice to Potential Opt-In Plaintiffs Pursuant to

5  Pursuant to 29 U.S.C. § 216 (b) ("Motion for Conditional Certification") [ECF No. 41].

6      WHEREAS, on April 29, 2020, Defendants filed their Motion for Interlocutory Appeal of

7  Order Denying Dismissal of Plaintiffs' Fair Labor Standards Act Collective Action [28 U.S.C.

8  Section 1292(b)] ("Motion for Interlocutory Appeal") [ECF No. 42].

9      WHEREAS, on April 30, 2020, Defendants filed their Motion to Stay All Proceedings

10  Pending a Final Ruling on the Issues Raised by Defendants' Motion to Certify the Court's April

11  16, 2020, Order for Interlocutory Review Pursuant to 28 U.S.C. Section 1292(b) ("Motion to

12  Stay") [ECF No. 43].

13      WHEREAS, on April 30, 2020, Defendants filed their Answer to Plaintiffs' First

14  Amended Collective and Class Action Complaint with Jury Demand [ECF No. 44].

15      WHEREAS, LR 26-1(a) requires the conference pursuant to Fed. R. Civ. P. 26(f) to be

16  held "within 30 days after the first defendant answers or otherwise appears" and for the

17  "stipulated discovery plan and scheduling order" to be submitted within 14 days thereafter.

18      WHEREAS, the parties have conferred pursuant to Fed. R. Civ. P. 26(f) and agree that it

19  is reasonable to refrain from formulating a discovery plan or conducting discovery pending the

20  outcome of: (1) Plaintiffs' Motion for Conditional Certification; (2) Defendants' Motion for

21  Interlocutory Appeal; and, (3) Defendants' Motion to Stay; all of which are fully briefed. The

22  parties further agree that the appropriate time to submit a proposed discovery plan would be after

23  the Court rules on the pending motions, and specifically Defendants' Motion for Interlocutory

24  Appeal and Defendants' Motion to Stay. If the Court grants either of Defendants' pending

25  motions, the time for submitting a proposed discovery plan will be stayed until after the

26  interlocutory appeal is resolved. If the Court denies Defendants' pending motions, the

27  appropriate time to submit a proposed discovery plan would be 21 days from either the close of

28

STIPULATION TO EXTEND TIME FOR PARTIES TO SUBMIT DISCOVERY PLAN AND SCHEDULING
ORDER

the opt-in period (if Plaintiffs' Motion is granted), or 21 days from the denial of Plaintiffs' Motion. At that juncture, the parties will know exactly which Plaintiffs and collective members are asserting claims in this case, and whether their claims are asserted solely on an individual basis or on a collective basis as well. Knowing this information will enable the parties to avoid disputes over discovery regarding non-participating putative collective members, and to properly gauge what discovery will be needed.

### **STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their respective undersigned counsel of record, that:

1.      The Parties' deadline to submit a stipulated discovery plan and scheduling order pursuant to LR 26-1(a) is **STAYED** pending the resolution of Plaintiffs' Motion for Conditional Certification. [ECF No. 41], Defendants' Motion for Interlocutory Appeal [ECF No. 42] and Defendants' Motion to Stay [ECF No. 43].

2.      If the Court grants Defendants' Motion for Interlocutory Appeal or Defendants' Motion to Stay, the time for submitting a proposed discovery plan will be stayed until after the interlocutory appeal is resolved. If the Court denies Defendants' pending motions, the appropriate time to submit a proposed discovery plan would be 21 days from either the close of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION TO EXTEND TIME FOR PARTIES TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER

111312456.v1

1   the opt-in period (if Plaintiffs' Motion for Conditional Certification is granted), or 21 days from

2   the denial of Plaintiffs' Motion.

3        IT IS SO STIPULATED.

4        DATED June 11, 2020.

5   **WOLF, RIFKIN, SHAPIRO,**            **FOX ROTHSCHILD LLP**
   **SCHULMAN & RABKIN, LLP**

6

7   By: /s/ Don Springmeyer                By: /s/ Mark J. Connot
   Don Springmeyer                     Mark J. Connot (10010)

8   Nevada Bar No. 1021                   Colleen E. McCarty (13186)
   Bradley S. Schrager                    Lucy C. Crow (15203)

9   Nevada Bar No. 10217                1980 Festival Plaza Drive, #700
   3556 E. Russell Road, Second Floor     Las Vegas, Nevada 89135

10  (702) 341-5200/Fax: (702) 341-5300    (702) 262-6899 tel
   dspringmeyer@wrslawyers.com        (702) 597-5503 fax

11  bschrager@wrslawyers.com             mconnot@foxrothschild.com
                                        cmccarty@foxrothschild.com

12  *Local Counsel for Plaintiffs*            lcrow@foxrothschild.com

13  Jason T. Brown (PHV)               Colin D. Dougherty (*Pro Hac Vice*)

14  Nicholas Conlon (PHV)             **FOX ROTHSCHILD LLP**
   **BROWN, LLC**                       10 Sentry Parkway, Suite 200

15  111 Town Square Place, Suite 400      P.O. Box 3001
   Jersey City, NJ 07310              Blue Bell, Pennsylvania 19422

16  Phone: (201) 630-0000             (610) 397-6500 tel
   jtb@jtblawgroup.com               (610) 397-0450 fax

17  nicholasconlon@jtblawgroup.com     *Attorneys for Defendants Mid Valley*
                                      *Enterprises, LLC and Pahrump ICS LLC d/b/a*

18  *Lead Counsel for Plaintiffs*          *Sheri's Ranch*

19

20                             **<u>ORDER</u>**

21       The Court having considered the foregoing stipulation of the Parties, and good cause

22  appearing, **IT IS HEREBY ORDERED THAT:**

23       The Parties' deadline to submit a stipulated discovery plan and scheduling order pursuant

24  to LR 26-1(a) is **STAYED** pending the resolution of Defendants' Motion for Interlocutory

25  Appeal [ECF No. 42] and Defendants' Motion to Stay [ECF No. 43].

26       If the Court grants Defendants' Motion for Interlocutory Appeal or Defendants' Motion

27  to Stay, the time for submitting a proposed discovery plan will be stayed until after the

28

STIPULATION TO EXTEND TIME FOR PARTIES TO SUBMIT DISCOVERY PLAN AND SCHEDULING
ORDER

interlocutory appeal is resolved. If the Court denies Defendants' pending motions, the appropriate time to submit a proposed discovery plan would be 21 days from either the close of the opt-in period (if Plaintiffs' Motion for Conditional Certification is granted), or 21 days from the denial of Plaintiffs' Motion.

DATED _____ June 12, 2020 _____

_____
Daniel J. Albregts
United States Magistrate Judge

STIPULATION TO EXTEND TIME FOR PARTIES TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER

111312456.v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2020, a true and correct copy of **STIPULATION TO EXTEND TIME FOR PARTIES TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By:   */s/ Christie Rehfeld*
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP

STIPULATION TO EXTEND TIME FOR PARTIES TO SUBMIT DISCOVERY PLAN AND SCHEDULING
ORDER
111312456.v1