Don Springmeyer, Esq. (#1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV  89169
(P) (702) 385-6000
(F) (702) 385-6001
d.springmeyer@kempjones.com

*Attorneys for Plaintiffs*

*(Additional counsel listed in signature page)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **KATHERINE SEARS AND VIRGINIA SEGANOS,** individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**MID VALLEY ENTERPRISES, LLC** and **PAHRUMP ICS LLC,** doing business as **"SHERI'S RANCH"**,<br><br>Defendants. | Case: 2:19-cv-00532-APG-DJA<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR COMPLETION OF FACT DISCOVERY**<br><br>*(First Request)* |

Plaintiffs Katherine Sears and Virginia Seganos on behalf of themselves and all persons who have opted in to this action (collectively "Plaintiffs"), and Defendant Mid Valley Enterprises, LLC and Pahrump ICS LLC, pursuant to LR 26-3, hereby stipulate and agree to a sixty-day extension of time to complete fact discovery, from March 24, 2022 to May 23, 2022, and further state as follows:

1. On July 28, 2021, the Court issued a Scheduling Order under which fact discovery is to be completed by March 24, 2022, expert discovery is to be completed by May 23, 2022, non-dispositive motions are due by June 22, 2022, and dispositive motions are due 60 days after the Court's ruling on non-dispositive motions, or in the absence of any non-dispositive motions, by August 18, 2022. [ECF No. 84]

2. The parties have diligently complied by the Court's Scheduling Order by exchanging written discovery requests and responses thereto, as well as responsive documents.

3. The parties have not taken any depositions. Plaintiffs intend to take a Fed. R. Civ. P. 30(b)(6) deposition (for which they have provided topics to Defendants), and depositions of two fact witnesses (Dena Duff and Jonathan Klempa). Defendants intend to depose the Named Plaintiffs. Despite the parties' diligent attempts to complete these depositions by the March 24, 2022 close of fact discovery, counsel have been unable to find mutually convenient dates in that time. However, counsel have confirmed their availability for the week of May 2 – May 6, 2022 and are working in good faith to schedule all of the foregoing depositions that week, all or most of which will be taken in Las Vegas, Nevada. This will enable counsel, who are based in Pennsylvania and New Jersey, respectively, to minimize travel costs.

4. There is good cause to extend the time to complete fact discovery to May 23, 2022, as it would enable each side to take the depositions they seek, and would not impact any of the other dates in the Courts' Scheduling Order. The parties do not seek to extend the May 23, 2022 for close of expert discovery, which has become obsolete since neither side seeks to introduce expert testimony in this case. Nor do the parties propose extending the deadlines for motions.

5. The additional time will also afford the parties time to resolve a pending dispute over whether Plaintiff Sears should be required to travel to Las Vegas, Nevada for an in-person deposition (to which she currently objects on medical grounds) as opposed to being deposed in person or remotely in her home in Iowa, which the parties have been unable to resolve despite meeting and conferring, and for which the parties intend (through a separate submission) to seek the assistance of Magistrate Judge Albregts to resolve.

6. If the Court does not approve this Stipulation, the parties alternatively request approval from the Court pursuant to Fed. R. Civ. P. 29(b) for the parties to complete the depositions of the Named Plaintiffs, Defendants (pursuant to Rule 30(b)(6), Dena Duff, and Jonathan Klempa on or before May 23, 2022.

7. This is the Parties' first request to extend the time to complete fact discovery.

8. This Stipulation is made in good faith and is not intended for purposes of delay.

STIPULATED BY THE PARTIES:

DATED this 14th day of March, 2022.

| **KEMP JONES, LLP** | **FOX ROTHSCHILD LLP** |
|---|---|
| By: /s Don Springmeyer<br>Don Springmeyer, Esq. (#1021)<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, NV  89169<br><br>Jason T. Brown (admitted *pro hac vice*)<br>(New Jersey SBN# 035921996)<br>Nicholas Conlon (admitted *pro hac vice*)<br>(New Jersey SBN# 034052013)<br>**BROWN, LLC**<br>111 Town Square Place, Suite 400<br>Jersey City, New Jersey 07310<br><br>*Attorneys for Plaintiffs* | By: /s Mark J. Connot<br>Mark J. Connot, Esq. (#10010)<br>Colleen E. McCarty, Esq. (#13186)<br>1980 Festival Plaza Drive, #700<br>Las Vegas, Nevada 89135<br><br>Colin D. Dougherty (*Pro Hac Vice*)<br>**FOX ROTHSCHILD LLP**<br>10 Sentry Parkway, Suite 200<br>P.O. Box 3001<br>Blue Bell, Pennsylvania  19422<br><br>*Attorneys for Defendants* |

**IT IS SO ORDERED**.

DATED: March 15, 2022    By: _____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE