Don Springmeyer, Esq. (#1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
(P) (702) 385-6000
(F) (702) 385-6001
d.springmeyer@kempjones.com

*Attorneys for Plaintiffs*

*(Additional counsel listed in signature page)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **KATHERINE SEARS AND VIRGINIA SEGANOS**, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**MID VALLEY ENTERPRISES, LLC** and **PAHRUMP ICS LLC**, doing business as **"SHERI'S RANCH"**.<br><br>Defendants. | Case: 2:19-cv-00532-APG-DJA<br><br>**JOINT STIPULATION AND ORDER TO STAY CASE MANAGEMENT DEADLINES PENDING FINALIZATION OF SETTLEMENT**<br><br>*(Fifth Request)* |

Plaintiffs Katherine Sears and Virginia Seganos on behalf of themselves and all persons who have opted in to this action (collectively "Plaintiffs"), and Defendant Mid Valley Enterprises, LLC and Pahrump ICS LLC (collectively "Defendants"), pursuant to LR IA 6-1, hereby stipulate and agree to stay all remaining case management deadlines for thirty (30) days pending their efforts to finalize their settlement and dismiss this action, for good cause shown, aver as follows:

1. On January 9, 2023, the parties filed their fourth Joint Stipulation and Order to extend case management deadlines, in which they informed the Court that they had reach a settlement in principle. *See* ECF No. 106.

2. On January 9, 2023, the Court granted the parties' fourth Joint Stipulation and Order, and extended the deadline for dispositive motion from January 10, 2023 to February 24, 2023, to allow the parties to finalize and execute a long-form settlement and file documents to effectuate the dismissal of this action. *See* ECF No. 107.

1.

3. The parties now seek a stay of the deadline to file dispositive motions, and all other case-management deadlines, for thirty (30) days, to allow the parties time to gather signatures and tax forms that are required for execution of the settlement, and file their stipulation to dismiss this action.

4. This Stipulation is made in good faith and is not intended for purposes of delay.

STIPULATED BY THE PARTIES:

Dated this 24th day of February, 2023.

| **KEMP JONES, LLP** | **FOX ROTHSCHILD LLP** |
|---|---|
| By:  /s Don Springmeyer<br>Don Springmeyer, Esq. (#1021)<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, NV 89169 | By:  /s Mark J. Connot<br>Mark J. Connot, Esq. (#10010)<br>Colleen E. McCarty, Esq. (#13186)<br>1980 Festival Plaza Drive, #700<br>Las Vegas, Nevada 89135 |
| Jason T. Brown (admitted *pro hac vice*)<br>Nicholas Conlon (admitted *pro hac vice*)<br>**BROWN, LLC**<br>111 Town Square Place, Suite 400<br>Jersey City, New Jersey 07310 | Colin D. Dougherty (admitted *pro hac vice*)<br>FOX ROTHSCHILD LLP<br>10 Sentry Parkway, Suite 200<br>P.O. Box 3001<br>Blue Bell, Pennsylvania 19422 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**IT IS SO ORDERED.**

DATED:  February 27, 2023

By: _____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2.