Don Springmeyer, Esq. (#1021)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
(P) (702) 385-6000
(F) (702) 385-6001
d.springmeyer@kempjones.com

*Attorneys for Plaintiffs*

*(Additional counsel listed in signature page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **KATHERINE SEARS AND VIRGINIA SEGANOS**, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**MID VALLEY ENTERPRISES, LLC** and **PAHRUMP ICS LLC**, doing business as **"SHERI'S RANCH"**.<br><br>Defendants. | Case: 2:19-cv-00532-APG-DJA<br><br>**JOINT STIPULATION TO DISMISS CASE** |

Plaintiffs Katherine Sears and Virginia Seganos on behalf of themselves and all persons who have filed consent forms in this action ("Opt-in Plaintiffs"), and Defendant Mid Valley Enterprises, LLC and Pahrump ICS LLC (collectively "Defendants"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice as to Named Plaintiffs Katherine Sears and Virginia Seganos, and Opt-in Plaintiffs Eve Cooper, Jacklyn Puent, Karla Carter, Katelyn Korey, Leah Evans, Nicole Puente, and Sarah Hensley, and dismissed without prejudice as to all other Opt-in Plaintiffs (each of whom has withdrawn her consent form), with each side bearing its own attorneys' fees and costs.

/ /

/ /

/ /

1.
JOINT STIPULATION TO DISMISS CASE

STIPULATED BY THE PARTIES:

Dated: July 13, 2023

| **KEMP JONES, LLP** | **FOX ROTHSCHILD LLP** |
|---|---|
| By: */s Don Springmeyer, Esq.* <br> Don Springmeyer, Esq. (#1021) <br> KEMP JONES, LLP <br> 3800 Howard Hughes Parkway, 17th Floor <br> Las Vegas, NV 89169 <br><br> Nicholas Conlon (admitted pro hac vice) <br> (New Jersey SBN# 034052013) <br> Jason T. Brown (admitted pro hac vice) <br> (New Jersey SBN# 035921996) <br> BROWN, LLC <br> 111 Town Square Place, Suite 400 <br> Jersey City, New Jersey 07310 <br><br> *Attorneys for Plaintiffs* | By: */s Mark J. Connot* <br> Mark J. Connot, Esq. (#10010) <br> Colleen E. McCarty, Esq. (#13186) <br> 1980 Festival Plaza Drive, #700 <br> Las Vegas, Nevada 89135 <br><br> Colin D. Dougherty (Pro Hac Vice) <br> FOX ROTHSCHILD LLP <br> 10 Sentry Parkway, Suite 200 <br> P.O. Box 3001 <br> Blue Bell, Pennsylvania 19422 <br><br> *Attorneys for Defendants* |

IT IS SO ORDERED:

Dated: July 14, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE